# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

ANTHONY E. JENKINS,              *
                                 *
            Petitioner,          *        CIVIL ACTION NO.: 2:15-cv-80
                                 *
      v.                         *
                                 *
UNITED STATES OF AMERICA,        *        (Case No. 2:10-cr-29)
                                 *
            Respondent.          *

## O R D E R

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7, to which objections have been filed. A review of Anthony Jenkins' ("Jenkins") Objections fails to reveal that he is entitled to his requested relief.

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court, and Jenkins' Objections, dkt no. 9, are **OVERRULED**. The Court **DENIES** Jenkins' Motion to Vacate, Set Aside, or Correct his Sentence filed pursuant to 28 U.S.C. § 2255. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

AO 72A
(Rev. 8/82)

SO ORDERED, this ___25___ day of ___March___, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)